1  STEPHANIE YONEKURA
2  Acting United States Attorney
3  LEON W. WEIDMAN
   Assistant United States Attorney
4  Chief, Civil Division
5  JEAN M. TURK, CSBN 131517
   Special Assistant United States Attorney
6  Social Security Administration
7  160 Spear St., Suite 800
   San Francisco, CA  94105
8  Telephone: (415) 977-8935; Facsimile: (415) 744-0134
9  Email:jean.turk@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| JESSE OLLER ABAD, | ) No.. 2:14-cv-02453 AGR |
|---|---|
| Plaintiff, | ) |
| v. | ) **JUDGMENT OF REMAND** |
| CAROLYN W. COLVING, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: September 24, 2014

*Alicia G. Rosenberg*

HON. ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE